# United States District Court

WESTERN DISTRICT OF WASHINGTON

LENIER AYERS

JUDGMENT IN A CIVIL CASE

v.

SUSAN DREYFUS

CASE NUMBER: C09-5104 FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation;

(2)    Respondent's motion to dismiss is GRANTED; and

(3)    The petition for writ of habeas corpus is DENIED.

January 20, 2010                                BRUCE RIFKIN
                                                       Clerk


                                                s/ Mary Trent
                                                Deputy Clerk